IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BALBINO IVAN HERNANDEZ-CUEVAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 25-00830-CV-W-BP |
| | ) | |
| SAMUEL OLSON, Interim Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, et al., | ) ) ) ) ) | |
| Respondents. | ) | |

## ORDER TO SHOW CAUSE WHY
## PETITION FOR WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED

Pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause on or before October 27, 2025, why the Petition for Writ of Habeas Corpus should not be granted. Petitioner shall have three days to file a Reply addressing the Response if he wishes to do so.

The Clerk of Court shall deliver a copy of this Order to:

United States Attorney's Office
ATTN: Jeffrey Ray
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO  64106

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
**DATE**: October 22, 2025    UNITED STATES DISTRICT COURT