#  IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BALBINO IVAN HERNANDEZ-CUEVAS,          )
                                        )
                        Petitioner,     )
        v.                              )          No. 25-00830-CV-W-BP
                                        )
SAMUEL OLSON, Interim Field Office      )
Director of Enforcement and Removal     )
Operations, Chicago Field Office, Immigration )
and Customs Enforcement, *et al*.,      )
                                        )
                        Respondents.    )

## JUDGMENT IN A CIVIL CASE

____**Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.
                14)
**IT IS ORDERED AND ADJUDGED**
        Pursuant to the Order filed November 5, 2025, (Doc. 10), The Petition for Writ of Habeas Corpus

is granted.

November 5, 2025_                       Paige Wymore-Wynn_____
Date                                    Clerk of Court

                                        /s/ Shauna Murphy-Carr_____
                                        (by) Deputy Clerk