**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

BALBINO IVAN HERNANDEZ-CUEVAS,

      Petitioner,

v.

SAMUEL OLSON, *et al.*,

      Respondents.

Case No.   25-00830-CV-W-BP

**PETITIONER'S MOTION TO UNSEAL**
**THE ORDER OF THE COURT**

On November 5, 2025, the Court entered an order granting Petitioner's Writ of Habeas Corpus Petition. The Order indicates that it is \*Sealed\*. [Doc. 10].

Petitioner recognizes that under the common law and the First Amendment, the public has a right to access court records. See *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1096 (9th Cir. 2016). To overcome the "strong presumption" that court records are open to the public, a party seeking to seal court records must demonstrate "compelling reasons" for secrecy— "supported by specific factual findings"—that "outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). No such compelling reasons are known in this matter.

In the instant case, the issues decided by the Court are important ones that are being considered by numerous federal district courts around the nation, and unsealing the order of the Court advances the public benefit. Petitioner is willing to comply with any redaction

requirements imposed by the Court under Fed. Rules Civ. Proc. 5.2 or any other instructions to address privacy concerns.

Respondents do not object to this request to unseal the Court's Order.

DATED this November 18, 2025

Respectfully submitted,

*s/Rekha Sharma-Crawford*
Rekha Sharma-Crawford, MO Bar#58404
Sharma-Crawford Attorneys
515 Avenida Cesar E. Chavez
Kansas City, MO 64108
P: (816) 994-2300
F: (816) 994-2310
rekha@sharma-crawford.com


*s/Colleen Cowgill*
Colleen Cowgill
National Immigrant Justice Center
111 W Jackson Blvd.
Suite 800
Chicago, IL 60604
Tel: (312) 235-4774
ccowgill@immigrantjustice.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using CM/ECF system.

/s/ Rekha Sharma-Crawford
Attorney for the Petitoner

2